UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| MICHAEL PUTMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 1:17-cv-00040 |
| | ) | CHIEF JUDGE CRENSHAW |
| RANDSTAD NORTH AMERICA, | ) | |
| Defendant. | ) | |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 15). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE